IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) | CIVIL ACTION NUMBER CV-02-C-796-W |
| RYDER/ATE, INC., et al., ) ) ) | |
| Defendants. ) ) | |

ENTERED
JUL 3 1 2003

### ORDER OF DISMISSAL

Based upon the Parties' representation that settlement has been reached, the above captioned action is hereby DISMISSED, without prejudice, to the right of any party to file a joint stipulation of settlement within thirty (30) days of entry of this Order. Otherwise, at the end of that period, this action will be deemed dismissed with prejudice. Each party to bear its own costs.

DONE this __31st__ day of July, 2003.

Chief United States District Judge
U.W. Clemon